DUDLEY HARDE and Others v. EDWARD GOULD, Alias " M. GOULD," Impleaded with MINNIE GOULD, Alias " M. GOULD," Also Known as " MINNIE STENGEL."—

Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.